NEUSS HESSLEIN & CO., Inc., v. CARO-
LINA FREIGHT CARRIERS
CORPORATION.

United States District Court
S. D. New York.

Dec. 13, 1949.

George I. Janow, New York City, for
plaintiff.

John P. Smith, New York City, for de-
fendant.

NOONAN, District Judge.

This is a motion to amend an answer
under Rule 15(a), Federal Rules of Civil
Procedure, 28 U.S.C.A. The complaint in
this case, alleging breach of contract and
conversion, was filed on March 7, 1949.
The answer, denying the material allega-
tions of the complaint was filed March 28,
1949. The deposition of the plaintiff was
taken on April 19, 1949. The defendant
now wishes to amend his answer to inter-
pose an affirmative defense to the effect
that the plaintiff is not the real party in in-
terest.

The plaintiff, in opposition to this motion,
does not argue against the amendment, but,
rather, challenges the legal sufficiency of
the proposed amended answer. However,
on a motion to amend, it is not the function
of the court to pass on or test the legal
sufficiency of the proposed pleading. Ru-
cienski v. Vanedium Corp. of America, D.
C., 6 F.R.D. 313.

Motion granted.